USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/8/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
Janet Latishe Moore,

                          Plaintiff,

          -against-

Commissioner of Social Security,

                         Defendant.
------------------------------------------------------------------X

**23-CV-07894 (VEC) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Undersigned Magistrate Judge has been referred for a report and recommendation on any motion for judgment on the pleadings in this case.  To conserve judicial resources and in an effort to achieve a faster disposition of this matter, the parties shall discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before me.  If both parties consent to proceed before me, they shall file a fully executed consent form, available at https://www.nysd.uscourts.gov/node/754.

      If either party does not consent, the parties shall file a joint letter within 30 days of the Commissioner entering an appearance in this action advising the Court that the parties do not consent, but without disclosing the identity of the party or parties who do not consent.  There will be no adverse consequences if the parties withhold consent.

      This Order is not meant to interfere in any way with the parties' absolute right to have dispositive motions and/or a trial before a District Judge, but is merely an attempt at preserving judicial resources and promoting efficiency by reminding the parties of their option pursuant to 28 U.S.C. § 636(c).

      **SO ORDERED.**

DATED:  New York, New York
        September 8, 2023

*Katharine H Parker*
KATHARINE H. PARKER
United States Magistrate Judge

2